December 21, 1966

Commonwealth *v.* Laniewski, Appellant.

Argued November 16, 1966. *John J. Hudacsek, Jr.,* with him *Hudacsek & Lewis,* for appellant; *Robert J. Masters,* District Attorney, with him *Joseph S. Walko,* Assistant District Attorney, for Commonwealth, appellee.

PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below

724

at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part of it which had not been performed at the time the appeal was made a supersedeas.